# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| INTEGON PREFERRED INSURANCE COMPANY, | ) ) ) | Civil No.03-CV-2155 WQH (AJB) |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| TITANUS FUHRPARKMANAGEMENT GMbh, | ) ) ) | |
| Defendants. | ) ) | |
| AND RELATED CROSS ACTIONS | ) ) ) ) | |

HAYES, Judge:

On November 30, 2006, Plaintiff Integon Preferred Insurance Company ("Integon") filed Proof of Tender (doc. no. 68), in accordance with the Court's October 2, 2006 Order granting Plaintiff's Motion for Default Judgment.

//

//

//

1   Accordingly, the Court now **ORDERS** the Rescission of California Business Auto Policy #
2   447342, and further **ORDERS** the Clerk to enter judgment in favor of Integon and against Defendant
3   Titanus Fuhrparkmanagement GMbh.
4   **IT IS SO ORDERED**.

6   DATED:  December 15, 2006

       **WILLIAM Q. HAYES**
       United States District Judge